FILED
IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2004 FEB 12 A 10: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

C.A. No. 04-30024-MAP

| | |
|---|---|
| THERESA CAHILL and MERLE KINGSLEY,<br>　　Plaintiffs,<br><br>v.<br><br>MICHAEL SNOW, JOHN PATCH, and PETER BRULOTTE,[1]<br>　　Defendants | )<br>)<br>)<br>)<br>)  NOTICE OF APPEARANCE<br>)<br>)<br>)<br>)<br>) |

　　Please enter my appearance as counsel for Merle Kingsley, the Plaintiff in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MERLE KINGSLEY,
　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Alexander Z. Nappan, BBO #366900
　　　　　　　　　　　　　　　　　　　278 Main Street, Suite 205
　　　　　　　　　　　　　　　　　　　Greenfield, MA 01301-3302
　　　　　　　　　　　　　　　　　　　Telephone　(413) 774-4800
　　　　　　　　　　　　　　　　　　　Facsimile　(413) 774-4803

<u>CERTIFICATE OF SERVICE</u>

　　The undersigned hereby certifies that, on the below date, a copy of the foregoing document was served via first class mail, postage prepaid, to counsel for the Defendants, David C. Jenkins, Esq., Kopelman & Paige, P.C., 31 St. James Avenue, Boston, MA 02116-4102.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Alexander Z. Nappan, Esq.

---

[1] In their capacities as members of the Bernardston Board of Selectmen.

-1-