FILED
CLERK'S OFFICE

2004 FEB 12 A 10: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

THERESA CAHILL and MERLE KINGSLEY, )
    Plaintiffs, )
)
v. )
)
MICHAEL SNOW, JOHN PATCH, and PETER BRULOTTE,[1] )
    Defendants )

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Theresa Cahill, the Plaintiff in the above-captioned matter.

Respectfully submitted,

THERESA CAHILL,
Plaintiff,
By her attorneys,
The Law Firm of Edward F. Berlin,
By: _____
Edward F. Berlin, BBO # 039900
Cole Thaler, BBO # 654904
278 Main Street, Suite 205
Greenfield, MA 01301-3302
Telephone   (413) 774-4800
Facsimile   (413) 774-4803

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the below date, a copy of the foregoing document was served via first class mail, postage prepaid, to counsel for the Defendants, David C. Jenkins, Esq., Kopelman & Paige, P.C., 31 St. James Avenue, Boston, MA 02116-4102.

_____
Edward F. Berlin, Esq.

---

[1] In their capacities as members of the Bernardston Board of Selectmen.

-1-