FILED
CLERK'S OFFICE

2004 FEB 12 A 10: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

| | |
|---|---|
| THERESA CAHILL and MERLE KINGSLEY, <br> Plaintiff, <br><br> v. <br><br> MICHAEL SNOW, JOHN PATCH, and PETER BRULOTTE,[1] <br> Defendants | EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO Fed.R.Civ.P. 65 |

The plaintiffs in the above-entitled action, Theresa Cahill and Merle Kingsley, respectfully move that this Court grant a Temporary Restraining Order prohibiting the defendants, Michael Snow, John Patch, and Peter Brulotte, from serving as judges or decision-makers at their upcoming hearing that is currently unscheduled.

As grounds for this motion, the plaintiffs state that the defendants are biased against them and have conflicts of interest that prevent them from serving as impartial decision-makers in any hearing of charges against the plaintiffs. The defendants have made numerous statements indicating that they plan to terminate Cahill from her position as Administrative Assistant for the Town of Bernardston, and that they plan to terminate Kingsley from his position as Highway Superintendent. Therefore, if the defendants are permitted to sit as judges at her hearing, the plaintiffs will suffer immediate and irreparable injury, including but not limited to injury to their reputations and the deprivation of their constitutional due process rights.

Wherefore, the plaintiffs respectfully move that this Court issue a Temporary Restraining

---

[1] In their capacities as members of the Bernardston Board of Selectmen.

Order prohibiting the hearing from taking place unless and until an impartial hearing officer is agreed upon by the parties. The plaintiffs further move that this Court order that they remain on paid administrative leave until such hearing takes place.

Respectfully submitted,

| | |
|---|---|
| THERESA CAHILL,<br>Plaintiff,<br>By her attorneys,<br>The Law Firm of Edward F. Berlin,<br>By: _____<br>Edward F. Berlin, BBO # 039900<br>Cole Thaler, BBO # 654904<br>278 Main Street, Suite 205<br>Greenfield, MA 01301-3302<br>Telephone  (413) 774-4800<br>Facsimile   (413) 774-4803 | MERLE KINGSLEY,<br>Plaintiff,<br>By his attorney,<br><br>_____<br>Alexander Z. Nappan, BBO # 366900<br>278 Main Street, Suite 205<br>Greenfield, MA 01301-3302<br>Telephone  (413) 774-4800<br>Facsimile (413) 774-4803 |

Dated: February 11, 2004

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the below date, a copy of the foregoing document was served via first class mail, postage prepaid, to counsel for the Defendants, David C. Jenkins, Esq., Kopelman & Paige, P.C., 31 St. James Avenue, Boston, MA 02116-4102.

_____
Edward F. Berlin, Esq.