UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

THERESA CAHILL and
MERLE KINGSLEY,

    Plaintiffs

v.

MICHAEL SNOW, JOHN PATCH, and
PETER BRULOTTE,[1]

    Defendants

DEFENDANTS MOTION FOR
LEAVE TO SUBMIT
MEMORANDUM IN EXCESS OF 20
PAGES

Now comes the defendants, Michael Snow, John Patch, and Peter Brulotte, pursuant to Local Rule 7.1(B)(4), and hereby move this Honorable Court for leave to file a memorandum of law in excess of 20 pages. As grounds therefore, the Board of Selectmen states as follows:

1. In this action, the plaintiffs raise numerous constitutional claims against the defendants.

2. The Board of Selectmen has filed herewith, a Memo in Opposition to Plaintiffs' Motion for Temporary Restraining Order.

3. In order to defend in its Memorandum each of the causes of action identified by the plaintiffs, the Town had to address a diverse range of legal issues, including whether Theresa Cahill ("Cahill") and Merle Kingsley ("Kingsley") are entitled to an independent hearing officer, the procedural and substantive due process due to

---

[1] Michael Snow, John Patch, and Peter Brulotte are not being sued in their individual capacity, but rather in their capacities as members of the Town of Bernardston Board of Selectmen.

both Cahill and Kingsley, as well as responding to their assertion that they have property and liberty interest in their employment.

4. In the context of these legal issues, the Board of Selectmen had to discuss facts adduced through John Patch's affidavit.

5. Defense counsel has endeavored in good faith to limit the length of the Memorandum of Law in support of its Opposition to Plaintiffs' Motion For Temporary Restraining Order, and the Memorandum is only three pages in excess of the twenty page maximum permitted without leave of court.

6. Allowance of this motion will not prejudice any party or the Court, and will permit a fair and informed review of the numerous legal issues presented by the plaintiffs' Verified Complaint, thereby furthering the interests of justice and judicial economy.

7. Kingsley's counsel has assented to the within motion.

DEFENDANTS,

MICHAEL SNOW, JOHN PATCH, and PETER BRULOTTE,

By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Sarah N. Turner (BBO# 654195)
Kopelman & Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/19/04.

214053/BERN/0019