# The Commonwealth of Massachusetts

_Town of Bernardston_

To _Merle Kingsley_
_102 Hillcrest Drive_ : We, the Selectmen of _Bernardston MA_
by virtue of the authority vested in us by the laws of the Commonwealth, do hereby appoint you
_Moth Supt. for a one year term. Term to_
_Expire on March 31, 1999._

Given at _Bernardston_ this _18th_ day of _March_ 19 _98_.

Recorded _3-19-_ A.D. 19 _98_

Selectmen of _Bernardston_

Attest: _____ Town Clerk

Form 452  HOBBS & WARREN - Boston

# The Commonwealth of Massachusetts

_Town of Bernardston_

To _Merle Kingsley_

_10 Hillcrest Drive_ : We, the Selectmen of _Bernardston_ by virtue of the authority vested in us by the laws of the Commonwealth, do hereby appoint you _Moth Superintendent for a one year term. Term to expire on March 31, 2000._

Given at _Bernardston_ this _Third_ day of _March_ 19 _99_.

Recorded _March 5,_ A.D. 19 _99_

Attest: _[signature]_ Town Clerk

_[signatures]_ Selectmen of _Bernardston_

Form 452  HOBBS & WARREN - Boston

6

~~MASTER COPY~~
Assessors' Copy

TOWN OF BERNARDSTON

PERSONNEL POLICIES AND PROCEDURES



ADOPTED BY THE BOARD OF SELECTMEN ON

FEBRUARY 24, 1993

STM  Art 2    10/20/93

in a department serving under the Selectmen, the officer responsible to the Board of Selectmen for the administration of the department.

<u>Emergency Employment</u> - Employment made for not more than two weeks without the prior approval of the Board of Selectmen; to cover an unforeseen emergency.

<u>Emergency Employee</u> - An employee retained for emergency employment to serve for a period not to exceed two weeks unless an extension is granted by the Board of Selectmen.

<u>Exempt Employee</u> - A salaried employee who is employed in an executive administrative, or professional capacity in a field other than public safety and is not generally entitled to overtime pay if he or she meets the following criteria as defined by the Fair Labor Std. Act., 29 USC Sections 201-216:

1)  Executive - primary duty is to manage a department.
2)  Administrative - primary duty is office or non-manual work directly related to management policies, or directly assisting an executive.
3)  Professional - primary duty requires advance knowledge acquired by specialized study, work is intellectual and the result is not standardized.

<u>Full-time Employee</u> - A regular employee who works at least 40 hours per week throughout the year. Hours worked as an elected official may not be combined with hours worked in an appointed capacity in determining an employee's status.

<u>Grievance</u> - A complaint or dispute between an employee and his/her supervisor. The first step in a grievance procedure includes informal efforts to resolve problems where they arise and with parties directly involved. The second step provides a means of further appeal to the Board of Selectmen. The employee may be accompanied by and represented by another individual at the second step of this procedure. The employee will follow the steps in the order as described but may contact the Board of Selectmen directly if it seems inappropriate for the employee to discuss the problem with the supervisor. The Administrative Assistant may be contacted at any time for additional information, guidance, or assistance in interpreting any part of this grievance procedure.

<u>Step 1:</u> Within 14 calendar days of the occurrence giving rise to the problem, the grievance will be discussed with the immediate supervisor. The supervisor will provide the grievant in writing with a brief summary of the problem and a response to it within 7 calendar days following the meeting.

<u>Non - Exempt Employee</u> - An employee, whether paid a salary or hourly wage, whose primary duty is not executive, administrative, or professional in nature. A non-exempt employee is entitled to overtime pay under certain conditions.

<u>Overtime</u> - Time worked in excess of the normal work week of 40 hours. Overtime pay shall be allowed for full time hourly (non-salaried) employees only. This does not apply to public safety employees  Hourly employees who work over 40 hours per week or over 8 hours per day shall be compensated at the rate of time and one half. Sick time, personal time, bereavement time and vacation time will not be considered as time worked. Holidays will be included as time worked. Department heads must make every effort to minimize the use of overtime.

<u>Sick leave</u> - Sick leave is an excused absence due to personal illness and disabling accidents that are not work-related. A Department Head may require a physician's certificate to be submitted after three or more consecutive days of sick leave.

Notification of absence due to illness shall be made to the Department Head at least one hour prior to the regular scheduled start time the day of absence.

Each regular full-time employee shall be allowed twelve days of sick leave per year. Employees hired after the first of the year, and not yet having a full year's employment with the town, will receive on day per month worked. Unused sick leave may be accumulated up to a maximum of 60 days. Regular part-time employees will receive sick leave benefits as above, except on a pro-rata basis.

Sick leave protects employees against loss of pay due to personal illness. Sick leave may be used by an employee for illness of a dependent child or spouse, up to 24 hours per year. Additional time for this reason may be arranged with the Board of Selectmen.

Upon termination of employment with Town, all sick leave benefits, accumulated or otherwise, shall cease.

<u>Part-time Employee</u> - A part-time employee is a regular employee who works less than 40 hours per week throughout the year.

Page 4

Department Head may, subject to the approval of the Board of Selectmen, advertise the position opening. All openings, except those filled on an emergency basis, shall be publicly posted for seven days. In addition, the position may be advertised locally. Upon receipt of applications for the position, the Department Head shall conduct candidate interviews as he/she considers appropriate.

D. <u>Pre-Employment</u> - Prior to final appointment, new regular full and part-time candidates selected for further consideration will have their references checked by the Department Head.

E. <u>Medical Exam</u> - Candidates may be required to satisfactorily complete a post-conditional offer of employment medical examination performed by a physician of the Town's choice at its expense.

F. <u>Appointment</u> - Notification of appointments by department heads shall be made in writing and shall include the salary, starting date, job description, and a copy of the Policy. An applicant who accepts an appointment and fails to report to work on the starting date set by the appointing authority, except for good cause, shall be deemed to have declined the appointment and the offer of employment shall be withdrawn.

G. <u>Orientation</u> - The Board of Selectmen and/or the department head shall inform new employees of their rights, responsibilities, duties and obligations, shall thoroughly explain all benefits and options the employee is entitled to and shall assist the employee with completion of appropriate forms. The employee shall receive onsite training and orientation by Department Heads regarding specific rules, regulations, policies or procedures of the employee's assigned department including safety procedures.

H. <u>Immigration</u> - All employees hired after November 6, 1986, will be asked to provide their Department Heads, within 72 hours of employment, with documentation which indicates their United States citizenship or, if not citizens, that they are legally authorized to work in the United States. The Town must verify the documentation and sign a form provided by the U.S. Immigration and Naturalization Service, attesting that employment is legal.

I. <u>Probationary Period</u> - The first three months of employment for all new non-temporary employees of the Town shall be considered a Probationary Period. Employees who leave the service of the Town at the end of this three-month period shall not be entitled to any accrued vacation. Pay for holidays and sick leave will be made retroactively at the end of the probationary period. An employee is entitled

PAGE 6

observing an unacceptable action, should warn the employee. An oral reprimand shall be noted in the employee's personnel file.

<u>Written reprimand:</u>  If an oral warning fails to correct conduct warranting disciplinary action, the Supervisor shall issue a written warning. This shall include the reason(s) for the warning and an offer of assistance. A copy of the written warning signed by the Supervisor and the employee shall be placed in the employee's personnel file. The employee may include a written response to the reprimand in their file.

<u>Suspension:</u>  An employee may be suspended with cause without pay for a period or periods not to exceed twenty working days in any twelve-month period. Suspension may be in lieu of oral reprimand, written reprimand and disciplinary probation and may be effective immediately. Within forty-eight working hours of the effective date of the suspension the employee shall be provided with a written notice stating the reasons for and the length of suspension.

L.  <u>Termination</u> - Employment with the Town has no specified term or length. Employees are free to resign at any time, and the Town reserves the right to terminate employment for any reason permissible by law.

    a)  <u>Voluntary Termination</u> - If one should resign from the Town, the Town would appreciate as much advance notice as possible so that arrangements can be made for a replacement. Usually, two weeks written notice is sufficient, except if the employee is in a supervisory capacity, in which case the Town would appreciate a one month written notice. If one resigns, he/she will be paid for accrued but unused vacation time. One will not be paid for any unused accrued sick or personal leave.

    b)  <u>Involuntary Termination</u> - An employee may be terminated due to lack of funds, abolition of a position, an unsuccessful probationary period or through the disciplinary procedure outlined in this policy. An employee who is not giving a probationary period may be discharged for cause. The Supervisor shall provide the employee with a written notice stating the reason(s) for the discharge and the effective date of discharge. If an employee is involuntarily terminated, he/she may appeal the decision following the grievance procedure. Probationary employees who are terminated may not use the grievance procedure. Involuntarily terminated employees will be paid through the date of termination. He/she will receive pay for any

Page 8

Plans. Probationary employees accrue the same benefits as regular employees.

A. <u>Leave of Absence</u> – Reasonable requests for leaves of absence may be granted by the Department Head, with the approval of the Board of Selectmen. At their discretion, such leaves of absence shall fall into one of two categories:

1) Personal – Allowable only if the employee has exhausted vacation and/or personal days and only if the work load permits and the absence of the employee will not cause undue hardship to the department. The maximum leave time is eight weeks. This leave will be taken as unpaid leave. Employee benefits will not be provided to employees during unpaid leaves of absence for personal reason. Employees on leave without pay may continue health care benefits if they assume the entire cost.

2) Medical or Maternity – Medical or maternity leave can be taken up to a maximum of eight weeks either as unpaid leave or as paid sick leave, provided the employee has sufficient number of sick days. Employee benefits will be provided during such leaves of absence in accordance with C. 149. S. 105D.

3) Paternity – A male employee who becomes a father either through the birth or adoption of a child, and has a least six months service with the Town, may receive up to four weeks of unpaid leave for the purpose of infant care. Request for such leave shall be made as least four weeks in advance to the department head. An employee does not accrue sick leave or vacation leave and is not eligible for holiday pay during paternity leave. However, on return, the employee will receive the vacation leave that would have been accrued.

B. <u>Vacation</u> – The vacation period shall be July 1 to June 30. Full-time employees shall be granted vacation leave in accordance with the following schedule:

**VACATION TIME**

| Weeks | Months worked | rate/mo. | days/year (FTE's only) |
|---|---|---|---|
| 1 | 1-12  0+1 | 0.42 | 5 |
| 2 | 13-60  1+5y | 0.83 | 10 |
| 3 | 61-120  5+10 | 1.25 | 15 |
| 4 | 121-240  10+20 | 1.67 | 20 |

Employees who normally work over 20 hours and less than

Page 10

D. <u>Personal Days</u> - All regular full-time employees who have completed six months continuous service are entitled to three paid personal days. Part time employees are pro-rata.

These personal days must be scheduled with the approval of the Department Head at least two weeks prior to their contemplated use. Personal days are not to used as vacation and may not be combined with vacation leave or holidays. Personal days cannot be carried over from year to year, and they are forfeited when employment ends for any reason.

E. <u>Jury Duty</u> - A regular, full-time employee called for jury duty, or to testify as a witness in a matter before a legal tribunal which involves the Town of Bernardston shall be paid an amount equal to the difference between the monies received from said tribunal, other than travel allowances, and the pay he/she would have received from the Town.

An employee who is a party in a private law suit, a plaintiff suing the Town of Bernardston or if a defendant in a criminal action, will not be paid by the Town to attend court proceedings, unless the employee uses personal days in conformity with that section.

F. <u>Military Leave</u>

  1) <u>Active Duty</u> - The Town will grant an employee in a regular, full-time position who serves in the Armed Forces of the United States, such a leave of absence without pay. Upon satisfactory completion of active service in the Armed Forces, the employee will be restored of active service in the Armed Forces, the employee will be restored to his/her former position or a position of similar seniority, status and pay provided that business circumstances of the Town allow it and that the employee is still qualified to perform the duties of his/her former position or a position of similar seniority, status and pay. The employee must make application for reemployment within ninety days after his/her discharge from military service or within one year if the employee is hospitalized while on active duty.

  2) <u>Reserve Training</u> - If an employee is a member of an organized unit of the ready reserve of the Armed Forces which requires military training not to exceed seventeen calendar days in any one year, calendar year, he/she will be granted a leave of absence and paid the difference between his/her military base pay and his/her regular pay. The leave will not affect the normal accrual of vacation, personal or sick leave credits. The employee's participation in the Town's health care and life insurance plans will not be affected.

Page 12

commendation of the Department Head and approval of the Board of Selectmen. Approval is subject to the availability of sufficient municipal funds. Reimbursement shall be made upon successful completion of the course or program. The Town may require the employee to sign an agreement to remain with the Town for a period of two years after completion of the course, or else be willing to reimburse the Town for the funds.

"Successful completion" of a course shall mean a minimum grade of C- (or equivalent) for a graduate/professional degree course and minimum grad of C (or equivalent) for a high school, undergraduate, or continuing education course.

SECTION 9:   COMPENSATION POLICY

A.   Job Descriptions - The Department Head is responsible for preparing a job description for each position in the Town services which lists and describes the critical elements for that position. Job descriptions include specific elements of the work done by the incumbent, the job environment, experience, skills, educational level, and supervisory responsibilities should be included before January 1 each year.

B.   Personnel Evaluations - Supervisors shall prepare for submission to the Board of Selectmen an evaluation of the performance of employees in their department. Evaluations shall be made on a copy of the job description noting excellent, satisfactory, or unsatisfactory performance in each listed work element. Supervisors shall explain to the employee orally reasons for each rating and both should sign the form before it is entered into the employees file. Unsatisfactory ratings shall be commented upon in writing. Employees dissatisfied with their rating may enter into grievance procedures as described in Section 6 pages 3 & 4.

C.   Compensation - The Board of Selectmen shall be responsible for preparing a recommended rate of pay schedule for all town positions that receive compensation on a yearly basis. The recommendations of the Board of Selectmen should be presented to the Finance Committee for consideration by January 15 of each year.

Whenever the Board of Selectmen reviews wages and salaries, it shall take into account the following:
   1) The financial policy and economic considerations of town
   2) Rates of pay for like positions in other local Massachusetts towns considered by the Board of Selectmen to be comparable to Bernardston
   3) Rates of pay for like job (if any) in commercial and business establishments in the Bernardston area

Page 14

F.  <u>Pay for Temporary Assignments</u> – When an employee is temporarily assigned to a position with a higher pay for forty or more consecutive work hours, he/she shall be granted a pay increase equal to the rate of pay for that position for the duration of the temporary assignment.
G.  <u>Payroll Period</u> – Employees are paid on a weekly basis for a period beginning on Monday and ending on a Saturday. Payday is generally Fridays for the one week period ending the previous Saturday.

*[handwritten margin note: "No Sunday Pay"]*

## SECTION 10:  REPEAL AND AMENDMENT

This policy may be altered, repealed or amended following a hearing, at any Board of Selectmen meeting specifically called for this purpose, an article for such purpose having been included on the agenda for such meeting.
This personnel policy is not to be considered an employment contract.

## SECTION 11:  SEVERABILITY

If any provision of this Policy shall conflict with any Federal or State statute or Wage and Hour Law or regulation applicable to any position, or any other law, it shall be deemed modified by the law or regulation. Each provision of this Policy shall be construed as separate to the end that if any part of it shall be held invalid for any reason, the remainder shall continue in full force and effect.

Page 16

7

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
EVERETT J. MARDER
JOSEPH L. TEHAN, JR.
ANNE-MARIE M. HYLAND
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
ILANA M. QUIRK
KATHLEEN E. CONNOLLY

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

DAVID C. JENKINS
WILLIAM HEWIG III
JEANNE S. McKNIGHT

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
BRIAN W. RILEY
MARK R. REICH
MARY L. GIORGIO
CHRISTOPHER J. GROLL
DARREN R. KLEIN
THOMAS W. McENANEY
JONATHAN M. SILVERSTEIN
KATHARINE I. GOREE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
GREGG J. CORBO
AMANDA ZURETTI
LISA CARRABINO ADAMS
ELIZABETH R. CORBO
DANIEL C. HILL
VICKI S. MARSH
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
AMY E. KWESELL

October 25, 2001

BY FACSIMILE - (413) 648-9318

**CONFIDENTIAL - NOT A PUBLIC DOCUMENT - LITIGATION MATERIAL**

Hon. William H. Shores and
Members of the Board of Selectmen
Bernardston Town Hall
38 Church Street, P.O. Box 504
Bernardston, MA 01337-0504

Re:   Claim of Robert Mitchell

Dear Members of the Board of Selectmen:

I enclose a revised General Release executed by Robert Mitchell with regard to his claim against the Town regarding Mr. Mitchell's claim that the Town awarded a contract for winter sand in violation of the provisions of the Uniform Procurement Act, G.L. c. 30B. In lieu of proceeding with a bid protest hearing in this matter, and with the understanding that the Town will review its bidding procedures for future such contracts, Mr. Mitchell, through his attorney, agreed to settle this matter for payment by the Town of his attorney's fees. The fees were stated as $750.00, which is the dollar amount provided for in the enclosed General Release.

The General Release has been revised, at the Town's request, to reference "alleged improprieties" regarding the bidding procedures utilized for the award of the winter sand contract. The earlier reference to violations by the Town of the statutory bidding procedures has been deleted.

Please forward to me a check in the amount of $750.00 made payable to "Kevin D. Parsons as Attorney for Robert V. Mitchell." I will forward the check to Attorney Parsons as settlement of this matter.

#3636
11-28-01

KOPELMAN AND PAIGE, P.C.

<u>CONFIDENTIAL - NOT A PUBLIC DOCUMENT -</u>
<u>LITIGATION MATERIAL</u>
Hon. William H. Shores and
Members of the Board of Selectmen
October 25, 2001
Page 2

Please contact me if you have any further questions regarding this matter.

Very truly yours,

Mark R. Reich

MRR/bp
Enc.
139982/BERN/0001

# GENERAL RELEASE

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

GREETING: KNOW YE that I, Robert V. Mitchell, Jr., of Reynolds Road, Shelburne, Massachusetts 01370, in consideration of the sum of SEVEN HUNDRED FIFTY AND 00/100 ($750.00) the receipt of which is hereby acknowledged, do hereby remise, release, and forever discharge, and by these presents do for myself, my heirs, executors, administrators, successors and assigns, remise, release and forever discharge THE TOWN OF BERNARDSTON, it's, successors and assigns, of and from all, and all manner of action and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckoning, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever, in law or in equity, which against the said THE TOWN OF BERNARDSTON, I ever had, now have or which my heirs, executors, assigns or administrators, successors and assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of these presents.

Specifically, the purpose of this release is to release any and all claims which I may have as a result of the alleged improprieties in the bidding for winter sand contracts for the years 1999-2001.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 5th day of October [August struck through] year Two Thousand and One.

Witness:

_____

_____
Robert V. Mitchell, Jr.

8

DOS of 1/09/04

```
Volume in drive A has no label
Volume Serial Number is 1112-15D8
Directory of A:\

ACCEPT~1 DOC        19,968  08-17-98   3:39p  accepted Truck  bid.doc
CENTRA~1 DOC        26,624  08-17-98   3:40p  CENTRAL REGISTER-GENERAL CONTRACTS.d
SCHOOL~1 DOC        19,968  08-17-98   3:41p  School Road.doc
BOXCUL~1 DOC        19,968  08-17-98   3:42p  Box Culverts-Haigis Road.doc
BRIDGE~1 DOC        19,968  08-17-98   3:43p  bridge replacement extension letter
ATTYRO~1 DOC        19,456  08-17-98   3:43p  Atty Robert Carey - 397 Fox Hill Rd
REPJOH~1 DOC        20,992  02-09-99   2:50p  Rep. John F. Merrigan Chapter 90 fun
HIGHWA~1 DOC        21,504  03-17-99   3:00p  Highway Department Motor Grader bid
BACKUP~1 WBK        22,016  03-17-99   2:56p  Backup of Highway Department Motor G
STONER~1 DOC        20,480  08-25-99   1:37p  Stone relocating-Huckle Hill Road MA
LIZPOR~1 DOC        19,968  09-08-99   4:28p  Liz Porter, Bench Mark & Pratt Fox H
SANDBI~1 DOC        32,768  03-26-01   3:36p  sand bid.doc
HELPWA~1 DOC        19,968  06-02-00   1:13p  Help Wanted Ad.doc
TRANSF~1 DOC        22,528  08-01-00   3:52p  TRANSFER STATION STICKER ORDER.doc
TRANSF~2 DOC        25,088  09-08-00   1:42p  transfer station sticker order rydin
SNOWPL~1 DOC        20,480  10-16-02   4:21p  snow plow bid b.e.s.parking lot .doc
SNOWPL~2 DOC        20,480  11-27-01   2:16p  snow plow bid b.e.s.parking lot ACCE
SNOWPL~3 DOC        20,480  11-15-00   8:35p  snow plow bid b.e.s.parking lot reje
DAMRIV~1 DOC        19,968  12-18-01   4:03p  dam river project reject bid letter.
JOBDES~1 DOC        19,456  02-12-02   2:35p  Job description Mary Lightner Dunnel
BOBCOO~1 DOC        19,968  11-07-02   4:05p  bob cook snow removal award letter b
       21 file(s)        452,096 bytes
        0 dir(s)       1,005,568 bytes free
```

DIR space A: space >LPT1; enter

9

September 13, 2000

## BID NOTICE
## TOWN OF BERNARDSTON
## HIGHWAY SAND BID

Sealed bids, appropriately marked, will be received and publicly opened and read at the Board of Selectmen's Office in the Town Hall 38 Church Street P.O. Box 504 Bernardston MA 01337 on Wednesday, October 11, 2000 at 7:00 p.m. for the following specifications below:

Approximately 2,500 tons of 3/8" Winter sand.

Specifications may be available from Merle H. Kingsley, Superintendent of Highways, Town Highway Garage Office, Barton Road, 7:00 a.m. - 3:00 p.m. Monday - Friday. The Selectmen reserve the right to accept or reject any or all bids and to make awards in a manner deemed in the best interest of the Town.