10

October 12, 2000

Bernardston Board of Selectmen
38 Church Street
Bernardston, MA 01337

Dear Honorable Board Members:

I would like to choose Cersosimo Industries, Inc. bid over Mitchell's because of the quality of the sand. Mitchell's uses larger type stones in his sand. Cersosimo's is .05 higher than Mitchell's but it is a better quality sand.

Sincerely,

Merle H.Kingsley
Highway Superintendent
Town of Bernardston

11

The Commonwealth of Massachusetts

Office of the Inspector General

ROBERT A. CERASOLI
INSPECTOR GENERAL

JOHN W. McCORMACK
STATE OFFICE BUILDING
ROOM 1311
TEL: (617) 727-9140
FAX. (617) 723-2334

MAILING ADDRESS
STATE HOUSE STATION
P.O. BOX 270
BOSTON, MA 02133

March 23, 2001

Judith A. Beckwith, Treasurer
Town of Bernardston
P.O. Box 435
Bernardston, MA 01337

Dear Ms. Beckwith:

This Office received a complaint regarding the procurement of sand by the Town of Bernardston. Specifically, the allegation is that the Town is procuring sand from someone other then the lowest responsive and responsible bidder who was awarded the contract by the Franklin Regional Council of Government on behalf of the Town.

M.G.L. c. 30B, §5 requires a jurisdiction to award a contract to the lowest responsive and responsible bidder. In addition, M.G.L. c. 30B, §17(b) states that contracts awarded in violation of this chapter are invalid and unenforceable, and no further payment may be made on the contract. See also *Majestic Radiator Enclosure Co. v. Middlesex*, 397 Mass. 1002 (1986).

As such, this Office requests that you withhold making any further payments for the procurement of sand until this Office completes its investigation of this matter. Thank you for your cooperation. If you have any questions, please feel free to contact me.

Sincerely,

Heidi E. Zimmerman
Deputy General Counsel

cc: William H. Shores, Chairman, Board of Selectman

12

Town of Bernardston
Office of Selectmen
P. O. Box 504
Bernardston, Massachusetts 01337

December 16, 2003

Mr. Merle Kingsley

Notice of Hearing

Dear Mr. Kingsley:

M.H.K.
JCP
PB

Please be advised that the Board of Selectmen will conduct a hearing in executive session on Tuesday, ~~December 30~~ Jan 7, ~~2003~~ 2004, at ______ p.m. in Bernardston at the Town Hall to discuss your discipline, and to hear charges brought against you as an employee.

Specifically, it is alleged that you violated the state bidding process, as set forth in Massachusetts General Laws, Chapter 30B, by purchasing sand on behalf of the Town from Cersosimo Industries, Inc, ("Cersosimo") through a sole-source procurement. This was allegedly done through a sham quotation process, by which you created a Telephone Bid Sheet after you already reached a sole-source agreement with Cersosimo for the purchase of sand. It is further alleged that one of the quotes you listed on the Telephone Bid Sheet was never in fact made, and that you falsely claimed to have checked two references for the low bidder and found the low bidder's work to be unsatisfactory. Finally, it is alleged that you impeded an investigation by the Office of the Inspector General by providing false and misleading information to an investigator.

These actions constitute violations of state law, and represent a failure to perform the essential duties of your job in a lawful, ethical and competent manner.

The Board is considering discipline against you, up to and including termination from employment.

You have the right to request that the hearing be held in open session. You also have the right to be present in executive session during any discussions that pertain to you, to have counsel or a representative of your choice present, and to speak on your own behalf.

Sincerely,

[signatures]

Bernardston Board of Selectmen

13

Town of Bernardston
Office of Selectmen
P. O. Box 504
Bernardston, Massachusetts 01337

December 16, 2003

Ms. Theresa Cahill

Notice of Hearing

Dear Ms. Theresa Cahill:

JAN 07, 04 B ms. JCP

Please be advised that the Board of Selectmen will conduct a hearing in executive session on ~~Tuesday, December 30, 2003~~ Wed, at _______p.m. in Bernardston at the Town Hall to discuss your discipline, and to hear charges brought against you as an employee.

Specifically, it is alleged that you participated in the violation of the state bidding process, as set forth in Massachusetts General Laws, Chapter 30B, by drafting two false documents pertaining to the procurement of sand by the Town. It is further alleged that you created these documents after a sole-source procurement was made, and after the Town received notice of a bid protest relating to this procurement, so that there would be evidence to justify the purchase of the sand from Cersosimo Industries, Inc. Finally, it is alleged that you mislead the Office of the Inspector General by providing contradictory and inaccurate information to an investigator.

These actions constitute violations of state law, and represent a failure to perform the essential duties of your job in a lawful, ethical and competent manner.

The Board is considering discipline against you, up to and including termination from employment.

You have the right to request that the hearing be held in open session. You also have the right to be present in executive session during any discussions that pertain to you, to have counsel or a representative of your choice present, and to speak on your own behalf.

Sincerely,

[signatures]

Bernardston Board of Selectmen