UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

| | |
|---|---|
| THERESA CAHILL and<br>MERLE KINGSLEY,<br><br>　　　　Plaintiffs<br><br>v.<br><br>MICHAEL SNOW, JOHN PATCH, and<br>PETER BRULOTTE,<br><br>　　　　Defendants | DEFENDANTS' MOTION TO STRIKE<br>PLAINTIFFS' AFFIDAVITS AND<br>NEWSPAPER ARTICLES |

Now come defendants Michael Snow, John Patch, and Peter Brulotte, in above-captioned action, and move this Honorable Court to strike the following affidavits or portions thereof from Plaintiffs' Verified Complaint as incorporated in Motion for Temporary Restraining Order. Specifically, defendants seek to strike the following:

1. Affidavit of Jonathan Pineo (Verified Complaint, Exhibit F), ¶¶ 5-12;

2. Affidavit of Richard Steward (Verified Complaint, Exhibit G), ¶¶ 9-19;

3. Affidavit of William Shores (Verified Complaint, Exhibit H), in its entirety;

4. Affidavit of Janice Leh (Verified Complaint, Exhibit I), in its entirety;

5. Newspaper article from The Recorder, dated January 8, 2004 (Verified Complaint, Exhibit J); in its entirety; and

6. Newspaper article from The Recorder, dated December 13, 2003, December 17, 2003, December 20 & 21, 2003, (Verified Complaint, Exhibit K) in its entirety.

As grounds therefor, defendants rely on the attached Memorandum of Law.

DEFENDANTS

By their attorneys,

*[signature]*

Jonathan M. Silverstein (BBO# 630431)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

213599/BERN/0019

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/18/04

*[signature]*