UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

| | |
|---|---|
| THERESA CAHILL and<br>MERLE KINGSLEY,<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL SNOW, JOHN PATCH, and<br>PETER BRULOTTE,<br><br>Defendants | RULE 7.1(A)(2)<br>CERTIFICATE OF CONFERRAL |

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that, on Wednesday, February 18, 2004, he conferred with plaintiffs' counsel in a good faith effort to resolve or narrow the issues set forth in the Defendants' Motion to Submit Memorandum in Excess of 20 pages and Motion to Strike Plaintiffs' Affidavits and Newspaper Articles, and that counsel for plaintiff Kingsley indicated he does not oppose the Motion to Submit Memorandum in Excess of 20 pages, but does oppose the Motion to Strike.

DEFENDANTS,
MICHAEL SNOW, JOHN PATCH,
and PETER BRULOTTE,

By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Sarah N. Turner (BBO# 654195)
Kopelman & Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/19/04

214055/BERN/0019