UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

| | |
|---|---|
| THERESA CAHILL and MERLE KINGSLEY,<br>Plaintiffs,<br><br>v.<br><br>MICHAEL SNOW, JOHN PATCH, and PETER BRULOTTE,[1]<br>Defendants | SUPPLEMENT TO MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO Fed.R.Civ.P. 65 |

The Plaintiffs hereby submit the following supplement to the Factual Background section of their Memorandum in Support of their Motion for a Temporary Restraining Order. As grounds for the filing of this Supplement, the Plaintiffs state that it is their intent to keep the Court fully informed regarding the procedural posture of this action.

The Plaintiffs initially filed their Emergency Motion for Temporary Restraining Order and supporting Memorandum of Law pursuant to Mass.R.Civ.P. 65 in Franklin County Superior Court. The purpose of that motion was to prevent a disciplinary hearing that was scheduled for January 28, 2004. The Defendants planned to sit as decision-makers at that disciplinary hearing, in violation of the Plaintiffs' constitutionally protected due process rights. The disciplinary hearing, as well as a Superior Court hearing on the Plaintiff's Motion, were postponed to allow the parties an opportunity to engage in settlement negotiations. Those negotiations have proven unsuccessful.

On February 12, 2004, the Plaintiffs received notice that the Defendants removed this

---

[1] In their capacities as members of the Bernardston Board of Selectmen.

action to the Federal District Court. The Plaintiffs then refiled their Motion for Temporary Restraining Order under Fed.R.Civ.P. 65. Although the disciplinary hearing has not yet been rescheduled, the Defendants have expressed their intention to conduct such a hearing shortly after this Court hears the Plaintiffs' Motion for Temporary Restraining Order. For the reasons described in the Memorandum in Support of the Plaintiffs' Motion for Temporary Restraining Order, the Plaintiffs seek to restrain the disciplinary hearing from going forward, on any date, with the Defendants sitting as decision-makers.

Respectfully submitted,

| | |
|---|---|
| THERESA CAHILL,<br>Plaintiff,<br>By her attorneys,<br>The Law Firm of Edward F. Berlin,<br>By:_____<br>Edward F. Berlin, BBO # 039900<br>Cole Thaler, BBO # 654904<br>278 Main Street, Suite 205<br>Greenfield, MA 01301-3302<br>Telephone   (413) 774-4800<br>Facsimile    (413) 774-4803 | MERLE KINGSLEY,<br>Plaintiff,<br>By his attorney,<br>_____<br>Alexander Z. Nappan, BBO # 366900<br>278 Main Street, Suite 205<br>Greenfield, MA 01301-3302<br>Telephone   (413) 774-4800<br>Facsimile (413) 774-4803 |

Dated: February 19, 2004

### CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2004, the above Motion was served upon the Defendants' counsel by fax to (617) 654-1735 and by first class mail to Jonathan M. Silverstein, Esq., Kopelman & Paige, P.C., 31 St. James Avenue, Boston, MA 02116-4102.

_____
Cole Thaler, Esq.