UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
THERESA CAHILL, ET AL    )
          Plaintiffs     )
                         )
          v.             ) CIVIL ACTION NO. 04-30024-MAP
                         )
MICHAEL SNOW, ET AL      )
          Defendants     )
```

### MEMORANDUM AND ORDER REGARDING
### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
(Docket No. 5)

March 1, 2004

PONSOR, U.S.D.J.

Plaintiffs, employees of the Town of Bernardston, have moved for a temporary restraining order prohibiting the defendant Board of Selectmen of the town from conducting any hearing regarding alleged improprieties committed by the plaintiffs during the course of their employment.

The motion for preliminary relief is hereby DENIED, on the ground that the plaintiffs have failed to show a likelihood of success on the merits.  It appears doubtful that either one of the plaintiffs will be able to demonstrate that they possess either a protected property interest or a protected liberty interest entitling them to the due process protection they seek.  To the extent that either plaintiff might possess such an interest, they have failed to demonstrate that they are entitled to a hearing at which persons

other than the defendants preside. As plaintiffs' counsel have conceded, no court has ever issued relief along the lines requested by the plaintiffs in any remotely similar situation. Indeed, given the state of the law in this area, it is questionable whether plaintiffs' claims would survive a preliminary motion to dismiss based upon a failure to state a claim or upon qualified immunity.

The court has this day issued a scheduling order to govern further proceedings in this case.

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                 MICHAEL A. PONSOR
                                    U. S. District Judge