```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

THERESA CAHILL, ET AL    )
        Plaintiffs   )
                       )
      v.           ) CIVIL ACTION NO. 04-30024-MAP
                       )
MICHAEL SNOW, ET AL     )
        Defendants   )


### PRETRIAL SCHEDULING ORDER

### March 1, 2004

PONSOR, D.J.

    The court has now denied plaintiffs' Motion for Temporary Restraining Order. In order to expedite this matter, the court orders as follows:

    1. Any preliminary dispositive motion will be filed by the defendants on or before April 2, 2004, and opposed on or before April 30, 2004.

    2. If a preliminary dispositive motion is filed, the court will set it for hearing once opposition is received.

    3. Assuming no preliminary dispositive motion is filed, all interrogatories and requests for production will be served no later than April 2, 2004.

    4. All depositions will be completed and all discovery will close on July 31, 2004.

    5. Counsel will appear again before this court for a final pretrial conference on August 26, 2004 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or

**dismissal.**

**It is So Ordered.**

                                      <u>**/s/ Michael A. Ponsor**</u>
                                      **MICHAEL A. PONSOR**
                                      **United States District Judge**