

The Law Firm of
# EDWARD F. BERLIN, P.C.

Edward F. Berlin         Cole Thaler         Of Counsel: **Alexander Z. Nappan**

February 27, 2004

<u>BY FACSIMILE TO (413) 785-0204</u>

Clerk of the Court
United States District Court - District of Massachusetts
Western Section
1550 Main Street
Springfield, MA 01103

Re:   <u>Cahill and Kingsley</u> v. <u>Snow et al.</u>
      United States District Court, C.A. No. 04-30024-MAP

Dear Clerk:

Please be informed that this office will not be submitting a Reply to the Defendants' Memorandum in Opposition to the Motion for Temporary Restraining Order.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Edward F. Berlin, Esq.

cc:   Alexander Z. Nappan, Esq.
      Jonathan Silverstein, Esq.

278 Main Street  Suite 205  Greenfield, Massachusetts 01301-3302  Phone (413) 774-4800  Fax (413) 774-4803
Email eberlin@greenfieldlawyer.com   cthaler@greenfieldlawyer.com   anappan@greenfieldlawyer.com