FILED
IN CLERK'S OFFICE

2004 MAR 29 A 10: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30024-MAP

THERESA CAHILL and MERLE KINGSLEY,
    Plaintiffs,

v.

MICHAEL SNOW, JOHN PATCH, and PETER BRULOTTE,[1]
    Defendants

STIPULATION OF DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)

The parties by and through their counsel hereby stipulate to dismissal of the Plaintiffs' Complaint with prejudice under Federal Rules of Civil Procedure Rule 41(a).

Respectfully submitted,

THERESA CAHILL,
Plaintiff,
By her attorneys,
The Law Firm of Edward F. Berlin,

By: _____
Edward F. Berlin, BBO # 039900
Cole Thaler, BBO # 654904
278 Main Street, Suite 205
Greenfield, MA 01301-3302
Telephone (413) 774-4800
Facsimile (413) 774-4803

Dated: 3/10/04

MERLE KINGSLEY,
Plaintiff,
By his attorney,

_____
Alexander Z. Nappan, BBO # 366900
278 Main Street, Suite 205
Greenfield, MA 01301-3302
Telephone (413) 774-4800
Facsimile (413) 774-4803

Dated: 3/10/04

---

[1] In their capacities as members of the Bernardston Board of Selectmen.

DEFENDANTS,
MICHAEL SNOW, JOHN PATCH,
and PETER BRULOTTE, in their
capacities as members of the TOWN
OF BERNARDSTON BOARD OF
SELECTMEN,
By their attorneys,

_/s/ David C. Jenkins_
David C. Jenkins, BBO# 251000
Sarah N. Turner, BBO# 654195
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Dated: March 26, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3/26/04
/s/ S.N. Turner